UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 06-22998-CIV-SEITZ/MCALILEY

JAVIER GONZALEZ,

        Petitioner,

v.

JAMES R. MCDONOUGH,

        Respondent.
_____/

## ORDER (1) DENYING PETITIONER'S REQUEST TO WITHDRAW MAGISTRATE'S REPORT; (2) REQUIRING RESPONDENT TO RE-SEND TRANSCRIPT BY MARCH 18, 2008; (3) GRANTING AN EXTENSION OF TIME TO APRIL 11, 2008 TO FILE OBJECTIONS; AND (4) REQUIRING A CHANGE IN DOCKET TEXT

THIS CAUSE is before the Court on five filings from Petitioner: Reply to Response [DE-36] (which was docketed as Objections to Magistrate's Report and Recommendation ("the Report")); Motion to Withdraw the Report until the Court Considers Petitioner's Reply [DE-37]; Notice of Intent to File Objections to the Report [DE-38][1]; (Third) Motion for Leave to File a Reply [DE-39]; and Motion to Direct Respondent to Furnish Missing Portions of the Record [DE-40][2].

On November 16, 2007, Magistrate Judge White determined that the doctrine of equitable tolling applied to Petitioner's case such that his initial petition was not time-barred. [DE-25.] Magistrate Judge White required Respondent to respond to Petitioner's claim on the merits, which it did on January 25, 2008. [DE-29.] On February 26, 2008, Magistrate Judge White issued the Report. [DE-33.] The following day, Petitioner's Second Motion for Leave to File a Reply was

---

[1]     Petitioner requests a 30-day extension to file his Objections to the Report.

[2]     Petitioner alleges that he did not receive the transcript filed as Exhibit T to Respondent's January 25, 2008 Response. While the docket contains an Appendix of exhibits to the Response [*see* DE-30], it does not contain the exhibits themselves. In the interest of efficiency, the Court will forego requiring Petitioner to file an affidavit and relevant prison mail records and instead simply require Respondent to mail another copy of Exhibit T to Petitioner no later than March 31, 2008.

docketed. [DE-34.] Magistrate Judge White granted Petitioner's Second Motion to the extent that the Reply would be construed as Petitioner's Objections to the Report. [DE-35.]

On March 6, 2008, Petitioner filed his Reply to Respondent's January 25, 2008 Response. [DE-36.] Pursuant to Magistrate Judge White's Order, the Clerk of Court docketed the Reply as Petitioner's Objections to the Report. Petitioner now argues that he will be harmed "by the failure of the [Magistrate Judge] to consider a reply <u>before</u> formulating a Report" and asks that the Report be vacated in order for his Reply to be considered. [DE-37, ¶¶ 17, 22.] Petitioner correctly notes that "[t]he Magistrate's Report is reviewed by the District Judge."[3] [DE-37, ¶ 18.] Along with the Report, the District Judge reviews the entire record and all pleadings filed subsequent to the Report. In other words, the undersigned will consider Petitioner's Reply before determining whether to adopt the recommendations of the Report and, if necessary, remand the matter to the Magistrate Judge (as the Court has already done once in this case). Accordingly, the Court will not vacate the Report. However, to afford Petitioner the opportunity to object to the Report, the Court will grant Petitioner sufficient time to prepare his Objections after receiving the portion of the record he states that he has not received. Accordingly, it is hereby

ORDERED that:

(1) Petitioner's Motion to Withdraw the Report until the Court Considers Petitioner's Reply [DE-37] is DENIED;

(2) Petitioner's Motion to Direct Respondent to Furnish Missing Portions of the Record [DE-40] is GRANTED. Respondent has **until March 31, 2008** to place a copy of Exhibit T to its January 25, 2008 Response in the mail to Petitioner;

---

[3] Petitioner also states that "in the vast majority of cases [the Report is] adopted largely or totally without even comment." [DE-37, ¶ 18.] Petitioner should understand that the District Judge performs a *de novo* review of every Magistrate Report. "De novo" means "anew," meaning the District Judge reviews the entire record before adopting a Report. Where a Report sets forth a thorough and well-reasoned analysis, the District Judge need not comment when adopting it.

(3) Petitioner's Notice of Intent to File Objections to the Report [DE-38] and request for extension of time is GRANTED. Petitioner shall have until **April 25, 2008** to place in the mail the Objections he wishes the Court to consider in reviewing Magistrate Judge White's Report. The Court will *not* consider any filings placed in the mail after April 25, 2008; and

(4) Petitioner's Motion for Leave to File a Reply [DE-39] is GRANTED and the Clerk of Court will CHANGE THE DOCKET TEXT of his March 6, 2008 filing [DE-36] to reflect that it is Petitioner's "Reply to Response," not his "Objections."

DONE AND ORDERED in Miami, Florida, this 14 day of March, 2008.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:   All Counsel of Record/*Pro Se* Parties
      Magistrate Judge Patrick A. White