UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 06-22998-CIV-SEITZ/MCALILEY

JAVIER GONZALEZ,

   Petitioner,

v.

JAMES R. MCDONOUGH,

   Respondent.
_____/

CLOSED CIVIL CASE

## ORDER (1) AFFIRMING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE AND (2) CLOSING CASE

THIS MATTER is before the Court upon the Report and Recommendation of Magistrate Judge, issued by the Honorable Patrick A. White, United States Magistrate Judge [DE-33]. In the Report, Magistrate Judge White recommends that the Petition for Habeas Corpus Relief pursuant to 28 U.S.C. § 2254 [DE-1] be denied. Magistrate Judge White's Report addresses each of Petitioner's five claims and outlines how each claim fails.

Having carefully reviewed, *de novo*, the record, Magistrate Judge White's thorough and well-reasoned Report, and Petitioner's Objections,[1] it is hereby

ORDERED that:

(1) The above-mentioned Report and Recommendation [DE-33] is AFFIRMED and ADOPTED, and incorporated by reference into this Court's Order;

(2) Petitioner's Objections [DE-36, 43, and 48] are OVERRULED;

---

[1] Petitioner filed three sets of Objections: DE-36, DE-43, and DE-48. In these Objections, Petitioner reasserts his prior argument that the state did not set forth sufficient evidence to support a conviction for armed burglary and his four assertions of ineffective assistance of counsel. The Objections do not raise any new arguments that are not already addressed in Magistrate Judge White's Report. The record demonstrates that there was sufficient evidence for a rational trier of fact to find Petitioner guilty of *armed* burglary, even if L.C.'s testimony was "all over the map." [DE-48, p. 2.] Furthermore, as thoroughly explained in the Report, each of Petitioner's assertions of ineffective assistance of counsel fails; nothing in Petitioner's Objections changes this conclusion.

(3)   All pending motions not otherwise addressed in this Order are MOOT; and

(4)   This case is CLOSED.

DONE AND ORDERED in Miami, Florida, this 29 day of May, 2008.

*[signature]* USDJ
for PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:   U.S. Magistrate Judge Patrick A. White
All Counsel of Record/*pro se* parties